☒ FILED ☐ LODGED
Jun 26 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Ira Denny,

Defendant.

No. CR-25-00944-PHX-SPL (JZB)

Ira Denny, the above-named defendant, who is accused of Conspiracy to Commit Health Care Fraud, a class C Felony, in violation of Title 18, United States Code, Section 1349, being advised of the nature of the charge and of her rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Ira Denny
Defendant

Bobby Thrasher
Counsel for Defendant

Date 6/25/2025