TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice
William Hochul III
Shane Butland
Trial Attorneys
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-538-4256
Email: William.Hochul.iii@usdoj.gov

Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Jun 26 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ira Denny,<br><br>Defendant. | No. CR-  CR-25-00944-PHX-SPL (JZB)<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 5.l, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to other pending criminal cases  U.S. v. Alexandra Gehrke and Jeffrey King (CR-24-01040-PHX-ROS), U.S. v. Bethany Jameson (CR-24-01068-PHX-DWL), U.S. v. Carlos Ching (CR24-01075-PHX-GMS) and U.S. v. Tyler Kontos, Joel Kupetz, and Jorge Kinds (CR-25-00915-PHX-SMB).

Respectfully submitted this 24th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Matthew  Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

*s/William  Hochul III*
WILLIAM HOCHUL III
SHANE BUTLAND
Trial Attorney
Department of Justice, Fraud Section