TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Williams3@usdoj.gov

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
William Hochul III
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ira Denny,<br><br>Defendant. | No. CR-25-00944-SPL<br><br>**JOINT MEMORANDUM FOR THE IMPOSITION OF A FIREARMS RESTRICTION AS A CONDITION OF DEFENDANT'S RELEASE** |

The United States and Defendant Ira Denny ("DENNY") jointly move for the imposition of a restriction on DENNY's access to firearms present in his household as a condition of his release. The proposed condition is detailed below.

On June 26, 2025, an Information was filed charging DENNY with one count of conspiracy to commit health care fraud, in violation of Title 18, United States Code,

Section 1349. [ECF No. 2].

On July 7, 2025, DENNY appeared before this Court for his initial appearance, arraignment, and change of plea. A Pretrial Services Report ("PSR") was completed prior to the hearing. [ECF No. 9]. The PSR recommended DENNY's release with various conditions, all of which were adopted by the Court. *Id*. at 4-5, ECF No. 11. One of those conditions was that DENNY "shall not possess or attempt to acquire any **firearm**, destructive device, or other dangerous weapon or ammunition." *Id*. at 4 (emphasis in original).

During the July 7, 2025, hearing, DENNY advised the Court that he lives with his wife and son-in-law, and that both own firearms and store them in the residence.[1] The government argued that DENNY's wife and son-in-law should relinquish possession of these firearms based on Pretrial Services' recommendation, as DENNY constructively possessed any firearms located within his residence even if owned or registered to others. The Court directed the parties to submit a proposal as to how the firearms condition should apply to the firearms owned by DENNY's wife and son-in-law.[2]

As directed by the Court, the parties subsequently met and conferred concerning this issue. Pursuant to that discussion, the parties jointly recommend that this Court impose the following additional condition:

> **Any firearms present in DENNY's residence that belong to DENNY's wife or children (by blood or marriage) shall be stored in a safe, lockbox, or other secured receptacle that requires a code or combination to access. That code or combination shall not be transmitted to DENNY and DENNY is prohibited from possessing or attempting to possess those firearms.**

---

[1] The government does not have the transcript of this proceeding and is therefore making these representations based on the undersigned's recollection of what transpired.

[2] This is an additional condition to be added to the conditions already imposed by the Court, which include that DENNY is prohibited from possessing or attempting to acquire any firearm, dangerous device, or other dangerous weapon or ammunition. [ECF No. 11 at 2].

WHEREFORE, the parties respectfully request that the Court impose the above condition of DENNY's release.

Respectfully submitted this 9th day of July, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section

*s/ Shane Butland*
SHANE BUTLAND
Trial Attorney
Department of Justice, Fraud Section

BOBBY THRASHER, ESQ.
Thrasher Law
2633 East Indian School Rd.
Suite 330
Phoenix, AZ 85016
*/s/ Bobby Thrasher*
Counsel for Ira Denny

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of July, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to Bobby Thrasher, Esq., counsel for DENNY.

*s/ Shane Butland*
Trial Attorney
Fraud Section, Criminal Division