**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Ira Denny,

Defendant.

No. CR-25-00944-001-PHX-SPL

**ORDER**

The Court has reviewed the parties' Joint Memorandum for the Imposition of a Firearms Restriction as a Condition of Defendant's Release (Doc. 15). Good cause appearing,

**IT IS ORDERED** modifying Defendant's conditions of release to impose the following additional condition of pretrial release:

> Any firearms present in Defendant's residence that belong to Defendant's wife or children (by blood or marriage) shall be stored in a safe, lockbox, or other secured receptacle that requires a code or combination to access. That code or combination shall not be transmitted to the Defendant and the Defendant is prohibited from possessing or attempting to possess those firearms.

///

///

///

**IT IS FURTHER ORDERED** that all other conditions of pretrial release remain in full force and effect.

The Court finds that excludable delay will not occur as a result of this Order.

Dated this 10th day of July, 2025.

Honorable Steven P. Logan
United States District Judge