Bobby O. Thrasher, Jr., State Bar No. 018661
**THRASHER LAW PLLC**
2633 E. Indian School Road, Suite 330
Phoenix, Arizona 85016
Telephone: (602) 324-4684
Facsimile: (602) 324-4685
E-mail: bthrasher@thrasherlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ira Denny,<br><br>Defendant. | Case No. CR-25-00944-PHX-SPL-1<br><br>**JOINT MOTION TO CONTINUE SEPTEMBER 15, 2025, 2:00 PM SENTENCING**<br><br>**(1ST Request)**<br><br>**(Out of Custody)** |

The Plaintiff United States of America ("Plaintiff"), and Defendant Ira Denny (the "Defendant"), by and through undersigned counsel, hereby move the Court for an Order continuing Defendant's sentencing scheduled for September 15, 2025, at 2:00 pm for a period of not less than one hundred twenty (120) days. In support, undersigned counsel states as follows:

1. Defendant entered a guilty plea on July 7, 2025, following which the Court set sentencing on September 15, 2025.

2. Undersigned counsel continues to do significant mitigation work to effectively represent Defendant at the sentencing.

3. The delay is necessary for the ends of justice and will enable the Court to sentence the Defendant proportionately.

4. Undersigned counsel has personally contacted counsel for the Plaintiff, AUSA Shane Butland, who has authorized undersigned counsel to represent to the Court that the Plaintiff joins in this Motion.

WHEREFORE, the Defendant moves the Court to reset Defendant's sentencing for a period of not less than one hundred twenty (120) days. This Joint Motion is brought in good faith for the reasons stated and not for the purpose of delay. A proposed Order is lodged herewith.

RESPECTFULLY SUBMITTED this 19th day of August 2025

**THRASHER LAW PLLC**

By: /s/ Bobby O. Thrasher, Jr.
Bobby O. Thrasher, Jr.
*Attorney for Defendant Denny*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August 2025 I electronically transmitted the attached document to the Clerk's Office of the United States District Court, District of Arizona using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By: /s/ Bobby O. Thrasher, Jr.