Bobby O. Thrasher, Jr., State Bar No. 018661
**THRASHER LAW PLLC**
2633 E. Indian School Road, Suite 330
Phoenix, Arizona 85016
Telephone: (602) 324-4684
Facsimile: (602) 324-4685
E-mail: bthrasher@thrasherlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Ira Denny,<br><br>Defendant. | Case No. CR-25-00944-PHX-SPL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SEPTEMBER 15, 2025, 2:00 PM SENTENCING** |

Upon Plaintiff's, United States of America's, and Defendant's, Ira Denny's, *Joint Motion to Continue September 15, 2025, 2:00 pm Sentencing (1st Request) (Out of Custody)*, and good cause appearing

IT IS ORDERED continuing the September 15, 2025, 2:00 pm sentencing to ____________________, 202___ at ___________ o'clock ___.m. in Courtroom 501, 401 W. Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

IT IS FURTHER ORDERED incorporating by reference the related sentencing deadlines in the July 8, 2025 Order [DE 13].