Bobby O. Thrasher, Jr., State Bar No. 018661
**THRASHER LAW PLLC**
2633 E. Indian School Road, Suite 330
Phoenix, Arizona 85016
Telephone: (602) 324-4684
Facsimile: (602) 324-4685
E-mail: bthrasher@thrasherlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Ira Denny,<br><br>Defendant. | Case No. CR-25-00944-PHX-SPL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MAY 11, 2026, 1:30 PM SENTENCING** |

Upon Plaintiff's, United States of America's, and Defendant's, Ira Denny's, *Joint Motion to Continue May 11, 2026, 1:30 pm Sentencing (3rd Request) (Out of Custody)*, and good cause appearing

IT IS ORDERED continuing the May 11, 2026, 1:30 pm sentencing to ____________________, 2026 at ___________ o'clock ___.m. in Courtroom 501, 401 W. Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

IT IS FURTHER ORDERED incorporating by reference the related sentencing deadlines in the July 8, 2025 Order [DE 13].