Bobby O. Thrasher, Jr., State Bar No. 018661
**THRASHER LAW PLLC**
2633 E. Indian School Road, Suite 330
Phoenix, Arizona 85016
Telephone: (602) 324-4684
Facsimile: (602) 324-4685
E-mail: bthrasher@thrasherlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Ira Denny,<br><br>Defendant. | Case No. CR-25-00944-PHX-SPL<br><br>**JOINT MOTION TO CONTINUE SEPTEMBER 1, 2026, 11:00 AM SENTENCING**<br><br>**(4th Request)**<br><br>**(Out of Custody)** |

The Plaintiff United States of America ("Plaintiff"), and Defendant Ira Denny (the "Defendant"), by and through undersigned counsel, hereby move the Court for an Order continuing Defendant's sentencing set for September 1, 2026, at 11:00 am for one year. In support, undersigned counsel states as follows:

1. Defendant entered a guilty plea on July 7, 2025, following which the Court set sentencing.

2. Three continuances [DE 20, DE 26 and DE 29] reset the sentencing to September 1, 2026, at 11:00 am.

3. Defense counsel continues to obtain significant mitigation to effectively represent Defendant at the sentencing and avows to the Court that additional time is necessary to gather mitigation information necessary for the Court to sentence the Defendant pursuant to factors set forth in 18 U.S.C. § 3553(a)(2).

4. Pursuant to Rule 45(b)(1) Fed. R. Crim. P. good cause exists and in accord with 18 U.S.C. § 3553(a)(6) delay is necessary for the ends of justice and will enable the Court to sentence this Defendant proportionately with other defendants who have been previously sentenced and other unsentenced defendants in companion cases.

5. This is a complex multi-defendant matter. Companion cases are currently set for trial on May 25, 2027. The trial is estimated to take four (4) weeks or until the end of June 2027.

6. Defendant requests that his sentencing occur after trial in the companion cases concludes and sentencing dates are known for co-defendants (set for trial and other co-defendants currently awaiting sentencing).

7. While the requested continuance is lengthy it is consistent with factors set forth in 18 U.S.C. § 3553.

8. Alternately, if the Court prefers not to continue the sentencing until September 1, 2027, Defendant requests that the Court vacate the current sentencing date set for September 1, 2026, and reset the matter for a status conference for a date not less than one hundred and fifty (150) days from September 1, 2026.

9. Undersigned counsel has personally contacted counsel for the Government, trial attorney William Hochul, who authorized undersigned counsel to represent to the Court that the Government joins in this Motion.

WHEREFORE, the Defendant moves the Court to reset Defendant's sentencing for September 1, 2027. This Joint Motion is brought in good faith for the reasons stated and not for the purpose of delay. A proposed Order is lodged herewith.

RESPECTFULLY SUBMITTED this 11th day of August 2026.

**THRASHER LAW PLLC**

By: /s/ Bobby O. Thrasher, Jr.
Bobby O. Thrasher, Jr.
*Attorney for Defendant Denny*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2026 I electronically transmitted the attached document to the Clerk's Office of the United States District Court, District of Arizona using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

By: /s/ Bobby O. Thrasher, Jr.