Bobby O. Thrasher, Jr., State Bar No. 018661
**THRASHER LAW PLLC**
2633 E. Indian School Road, Suite 330
Phoenix, Arizona 85016
Telephone: (602) 324-4684
Facsimile: (602) 324-4685
E-mail: bthrasher@thrasherlaw.com
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Ira Denny,<br><br>Defendant. | Case No. CR-25-00944-PHX-SPL<br><br>**ORDER GRANTING 4th JOINT MOTION TO CONTINUE SEPTEMBER 1, 2026, 11:00 AM SENTENCING** |

Upon Plaintiff's, United States of America's, and Defendant's, Ira Denny's, *Joint Motion to Continue September 1, 2026, 11:00 am Sentencing (4th Request) (Out of Custody)*, and good cause appearing

IT IS ORDERED continuing the September 1, 2026, 11:00 am sentencing to ______________________, 2027 at ____________ o'clock ___.m. in Courtroom 501, 401 W. Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

IT IS FURTHER ORDERED incorporating by reference the related sentencing deadlines in the July 8, 2025 Order [DE 13].